UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RHONDA RAMSEY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH MERCER, et al.,<br><br>　　　Defendants. | Case No. 2:23-cv-01165-MMD-EJY<br><br>**ORDER** |

On July 24, 2023, Plaintiff, an inmate in the custody of Clark County Detention Center, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 (ECF No. 1-1); however, Plaintiff neither paid the $402 filing fee for a civil action nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff may apply for *in forma pauperis* status, which would allow her to file her civil action without prepaying the $402 filing fee if she submits **three** of the required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that on or before **August 28, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **August 28, 2023**, will result in a

recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file her case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the approved form application to proceed *in forma pauperis for inmate* along with the information and instructions for filing the same.

Dated this 26th day of July, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE