UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RHONDA RAMSEY,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH MERCER, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01165-MMD-EJY<br><br>**REPORT AND RECOMMENDATION** |

On July 24, 2023, Plaintiff, an inmate in the custody of Clark County Detention Center, filed a Civil Rights Complaint under 42 U.S.C. § 1983 (ECF No. 1-1) but failed to file a complete *in forma pauperis* ("IFP") application or pay the required filing fee. On July 26, 2023, the Court issued an Order giving Plaintiff through and including August 28, 2023 to either pay the filing fee or submit a complete IFP application. ECF No. 3. The Court stated it would recommend dismissal without prejudice if Plaintiff failed to timely comply with the Court's Order. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's July 26, 2023 Order.

Dated this 3rd day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also

1

1   held that (1) failure to file objections within the specified time and (2) failure to properly address
2   and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
3   factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
4   1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).